EXHIBIT "B"

## FSA Time Credit Assessment
Register Number:54053-039, Last Name:MCGINNIS

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number....: 54053-039              Responsible Facility: ELK
Inmate Name                                 Assessment Date.....: 02-11-2023
   Last.............: MCGINNIS              Period Start/Stop...: 12-21-2018 to 02-11-2023
   First............: SCOTT                 Accrued Pgm Days....: 1496
   Middle...........: MARTIN                Disallowed Pgm Days.: 17
   Suffix...........:                       FTC Towards RRC/HC..: 155
Gender..............: MALE                  FTC Towards Release.: 365
Start Incarceration: 05-15-2018             Apply FTC to Release: No


Start        Stop         Pgm Status    Pgm Days
12-21-2018   02-11-2023   accrue        1496
  Cannot apply FTC
     Facility Category Assignment   Start              Stop
     ELK      FSA      R-MED        10-27-2022 0930    CURRENT
-----------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
12-21-2018   02-05-2020   accrue        411
  Accrued Pgm Days...: 411
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 130
-----------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
02-05-2020   02-22-2020   disallow      17
  In SHU
     Facility Category Assignment   Start              Stop
     ELK      QTR      Z03-220LDS   02-05-2020 1201    02-21-2020 1150
-----------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
02-22-2020   12-05-2021   accrue        652
  Accrued Pgm Days...: 652
  Carry Over Pgm Days: 21
  Time Credit Factor.: 10
  Time Credits.......: 220
-----------------------------------------------------------------------------
Start        Stop         Pgm Status    Pgm Days
12-05-2021   06-03-2022   accrue        180
  Accrued Pgm Days...: 180
  Carry Over Pgm Days: 13
  Time Credit Factor.: 15
  Time Credits.......: 90
```

Assessment Date: 02-11-2023  (1)  Assessment# -2146948658

## FSA Time Credit Assessment
Register Number:54053-039, Last Name:MCGINNIS

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Start        Stop        Pgm Status   Pgm Days
06-03-2022   02-11-2023  accrue       253
  Accrued Pgm Days...: 253
  Carry Over Pgm Days: 13
  Time Credit Factor.: 10
  Time Credits.......: 80
```

| #   | Start      | Stop       | Status     | Risk Assignment | Risk Asn Start   | Factor |
|-----|------------|------------|------------|-----------------|------------------|--------|
| 001 | 12-21-2018 | 06-19-2019 | PRESUMPTIVE | FSA R-LW       | 04-28-2021 1335  | 10     |
| 002 | 06-19-2019 | 12-16-2019 | PRESUMPTIVE | FSA R-LW       | 04-28-2021 1335  | 10     |
| 003 | 12-16-2019 | 06-13-2020 | PRESUMPTIVE | FSA R-LW       | 04-28-2021 1335  | 10     |
| 004 | 06-13-2020 | 12-10-2020 | PRESUMPTIVE | FSA R-LW       | 04-28-2021 1335  | 10     |
| 005 | 12-10-2020 | 06-08-2021 | ACTUAL     | FSA R-LW        | 04-28-2021 1335  | 10     |
| 006 | 06-08-2021 | 12-05-2021 | ACTUAL     | FSA R-LW        | 04-28-2021 1335  | 10     |
| 007 | 12-05-2021 | 06-03-2022 | ACTUAL     | FSA R-LW        | 11-15-2021 1105  | 15     |
| 008 | 06-03-2022 | 11-30-2022 | ACTUAL     | FSA R-MED       | 05-10-2022 0856  | 10     |
| 009 | 11-30-2022 | 05-29-2023 | ACTUAL     | FSA R-MED       | 10-27-2022 0930  | 10     |